**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

In re: KEVIN K. ANTHONY §
§ Case No. 08-29442
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $880.00 | Assets Exempt: | $15,415.00 |
| Total Distributions to Claimants: | $12,640.78 | Claims Discharged Without Payment: | $41,311.76 |
| Total Expenses of Administration: | $2,270.00 | | |

3) Total gross receipts of $16,310.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,400.00 (see **Exhibit 2**), yielded net receipts of $14,910.78 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,270.00 | $2,270.00 | $2,270.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $9,972.80 | $7,075.23 | $7,075.23 | $7,075.23 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $41,841.00 | $46,816.31 | $46,816.31 | $5,565.55 |
| **TOTAL DISBURSEMENTS** | $51,813.80 | $56,161.54 | $56,161.54 | $14,910.78 |

4) This case was originally filed under chapter __7__ on __10/30/2008__ [ *if applicable,* and it was converted to chapter 7 on _____ ]. The case was pending for __7__ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __06/10/2009__         By: __/s/ ALLAN J. DeMARS__
                                    Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| proceeds from theft loss | 1129-000 | $9,755.18 |
| non-exempt portion of insurance proceeds | 1129-000 | $6,553.51 |
| interest on invested funds | 1270-000 | $2.09 |
| **TOTAL GROSS RECEIPTS** | | **$16,310.78** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kevin Anthony | exemption in theft loss | 8100-002 | $1,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$1,400.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | | | | |
| **TOTAL SECURED CLAIMS** | | | | | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties, Ltd. | 2300-000 | N/A | $22.31 | $22.31 | $22.31 |
| Allan J. DeMars | 2100-000 | N/A | $2,240.89 | $2,240.89 | $2,240.89 |
| Allan J. DeMars | 2200-000 | N/A | $6.80 | $6.80 | $6.80 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $2,270.00 | $2,270.00 | $2,270.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | | | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | $9,972.80 | $7,075.23 | $7,075.23 | $7,075.23 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $9,972.80 | $7,075.23 | $7,075.23 | $7,075.23 |

UST Form 101-7-TDR (4/1/2009)

Case 08-29442    Doc 33    Filed 06/16/09    Entered 06/16/09 12:50:15    Desc Main
Document    Page 5 of 9

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA NA | 7100-900 | $20,394.00 | $21,042.73 | $21,042.73 | $2,740.38 |
| FIA Card Services as successor to Bank of America | 7100-900 | $21,386.00 | $21,693.88 | $21,693.88 | $2,825.17 |
| Peoples Gas | 7100-000 | $61.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service penalty | 7300-000 | $0.00 | $4,079.70 | $4,079.70 | $0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $41,841.00 | $46,816.31 | $46,816.31 | $5,565.55 |

UST Form 101-7-TDR (4/1/2009)

**EXHIBIT 8 - FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 08-29442                                                              Trustee Name: Allan J. DeMars

Case Name: KEVIN K. ANTHONY                                                    Date Filed (f) or Converted (c): 10/30/08(F)

For Period Ending: 12/31/09                                                    §341(a) Meeting Date: 12/17/08

                                                                               Claims Bar Date: 3/19/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash on hand | 100.00 | 0.00 | DA | | FA |
| 2 | checking account | 100.00 | 0.00 | DA | | FA |
| 3 | savings account | 100.00 | 0.00 | DA | | FA |
| 4 | security deposit | 850.00 | 0.00 | DA | | FA |
| 5 | household furnishings | 300.00 | 0.00 | DA | | FA |
| 6 | collectible maps | 30.00 | 0.00 | DA | | FA |
| 7 | clothing | 50.00 | 0.00 | DA | | FA |
| 8 | Northwestern Mutual Life Ins. policy 17-461-536 | 1,923.61 | 2,013.70 | | 2,013.70 | FA |
| 9 | Northwestern Mutual Life Ins. policy 15-732-918 | 7,837.77 | 4,539.81 | | 4,539.81 | FA |
| 10 | 401(k) | 8,365.00 | 0.00 | DA | | FA |
| 11 | receivable from brother -uncollectible | 0.00 | 0.00 | DA | | FA |
| 12 | insurance theft claim proceeds | 9,755.18 | 8,355.18 | | 9,755.18 | FA |
| 13 | 1990 Toyota pickup truck | 1,500.00 | 0.00 | DA | | FA |
| 14 | professional tools | 100.00 | 0.00 | DA | | FA |
| 15 | interest on invested funds | | 2.09 | | 2.09 | |

TOTALS (Excluding unknown values)                          14,910.78                          16,310.78

                                                                                   (Total Dollar Amount in Column 6)

Major activities affecting case closing: turn over of theft claim proceeds and non-exempt portion of insurance policies

Initial Projected Date of Final Report (TFR):___March, 2009_____     Current Projected Date of Final Report (TFR): __March 23, 2009___

**EXHIBIT 9** **FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

```
Case No.:          08-29442                          Trustee's Name: Allan J. DeMars
Case Name:         KEVIN K. ANTHONY                  Bank Name:      Bank of America
Taxpayer ID#:      26-6690515                        Initial CD #:   CDI
For Period Ending: 12/31/09                          Blanket bond (per case limit): 5,000,000
                                                     Separate bond (if applicable):
                                                     Money Market #: 375 555 1610
```

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/22/08 | Ref 12 | Allstate Insurance | proceeds from theft loss; note: $1,400.00 exempt | 1129-000 | 9,755.18 | | 9,755.18 |
| 12/23/08 | | | bank service charge | | | 26.00 | 9,729.18 |
| 12/30/08 | Ref 8 | Northwestern Mutual | non-exempt portion of insurance policy | 1129-000 | 2,013.70 | | 11,742.88 |
| 12/30/08 | Ref 9 | Northwestern Mutual | non-exempt portion of insurance policy | 1129-000 | 4,539.81 | | 16,282.69 |
| 12/30/08 | Check 1001 | Kevin Anthony | exemption for tools | 8100-002 | | 1,400.00 | 14,882.69 |
| | | | reversal of service charge | | | (26.00) | 14,908.69 |
| 12/31/08 | Ref 15 | Bank of America | interest on invested funds | 1270-000 | 0.02 | | 14,908.71 |
| BALANCE CARRIED FORWARD | | | | | | | 14,908.71 |
| 1/31/09 | Ref 15 | Bank of America | interest on invested funds | 1270-000 | 0.12 | | 14,908.83 |
| 2/5/09 | Check 1002 | International Sureties, Ltd. | bond premium | 2300-000 | | 22.31 | 14,886.52 |
| 2/28/09 | Ref 15 | Bank of America | interest on invested funds | 1270-000 | 0.11 | | 14,886.63 |
| 3/31/09 | Ref 15 | Bank of America | interest on invested funds | 1270-000 | 0.90 | | 14,887.53 |
| 4/24/09 | Ref 15 | Bank of America | interest on invested funds | 1270-000 | 0.94 | | 14,888.47 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 4/30/09 | Check 1003 | Allan J. DeMars | trustee fees | 2100-000 | | 2,240.89 | 12,647.58 |
| 4/30/09 | Check 1004 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 6.80 | 12,640.78 |
| 4/30/09 | Check 1005 | Internal Revenue Service | 507(a)(8); 100% | 5800-000 | | 7,075.23 | 5,565.55 |
| 4/30/09 | Check 1006 | Chase Bank USA NA | 726(a)(2); 13.0229% | 7100-900 | | 2,740.38 | 2,825.17 |
| 4/30/09 | Check 1007 | FIA Card Services as successor to Bank of America and MBNA America | 726(a)(2); 13.0229% | 7100-900 | | 2,825.17 | 0.00 |

```
                                    COLUMN TOTALS        16,310.78    16,310.78       0.00
                      Less: Payments to debtor(s)         1400.00      1400.00        0.00
                                              Net        14,910.78    14,910.78       0.00

                                                                        NET
TOTAL - ALL ACCOUNTS                     NET  DEPOSITS    DISBURSEMENTS       BALANCES
Checking#
Money Market # 375 555 1610              14,910.78        14,910.78              0.00
Savings #
Net                                      14,910.78        14,910.78              0.00
                                      Excludes account  Excludes payments  Total Funds
                                         transfers         to debtor        on Hand
```